IN THE MATTER OF THE PETITION OF JAMES ALEXANDER
STRIKER TO VACATE AN ASSESSMENT.

(Argued November 13, 1877; decided November 20, 1877.)

*D. J. Dean*, for appellant.

*Elliot F. Shepard*, for respondent.

Agree to affirm order. No opinion.
All concur.
Order affirmed.

---

JOHN DE RUYTER et al., Executors, etc., *v.* FANNIE J. LAM-
BARD et al.

(Argued November 13, 1877; decided November 20, 1877.)

*Charles H. Tweed*, for appellant.

*Wm. R. Martin*, for respondent.

Agree to affirm order. No opinion.
All concur.
Order affirmed.